| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**EASTERN DIVISION** | **VOLUNTARY PETITION**<br><br>Case No.  10 B |

Name of Debtor (if individual, enter Last, First, Middle:   Name of Joint Debtor (Spouse):
**TORRES, ROSA,**

All other names used by Debtor in the past eight (8) years:   All other names used by Joint Debtor in the past eight
(include married, maiden and trade names)                      (8) years:

Social Security/EIN/Tax ID No. (if more than one, state all):   Social Security/EIN/Tax ID No. (if more than one,
XXX-XX-xxxx                                                     state all):

Street Address of Debtor:                     Street Address of Joint Debtor:
4001 N. Fullerton St.
Chicago, Illinois  601639
County of Residence or Principal Place of Business   County of Residence or Place of Business
Cook

Mailing Address of Debtor or of Joint Debtor (if different from street address)

Location of Principal Assets of Business Debtor (if different from street address):

**Type of Debtor**            **Type of Business**                      **Chapter of Bankruptcy Code of Filing**
X__    Individual            __ Health Care Business                   X_  Chapter 7       __ Chapter 15 Petition
___    Corporation           __ Single Asset Real Estate as defined    __ Chapter 9            for Recognition of
___    Partnership              in 11 U.S.C. Section 101(51B)          __ Chapter 11           Foreign Main Proceeding
___    Other (if not one     __ Railroad                               __ Chapter 12       __ Chapter 15 Petition for
Of above entities, state    __ Stockbroker                             __ Chapter 13           Recognition of a Foreign
Type of entity below)       __ Commodity Broker                                                Nonmain Proceeding
                             __ Clearing Bank                          **Nature of Debts**
                             __ Other                                  X__ Primarily Consumer  __ Primarily business
                            **Tax-Exempt Entity**                      Debts, defined in 11 USC
                             __ Debtor is a tax-exempt                 101(8) as "incurred by an
                             organization under Title 26               individual primarily for a
                             United States Code (the Internal          personal, family or house-
                             Revenue Code).                            hold purpose."

       **Filing Fee**                                                   **Chapter 11 Debtors**
__      Full filing fee attached                                       __Debtor is a small business under 11 USC
_X_     Filing fee to be paid in installments (individuals                101(51D).
only).  Must attach signed application for court's consideration       __ Debtor is not a small business under 11
certifying That debtor is unable to pay fee except in installments.       USC 101(51D).
Rule 1006(b).  See Official Form 3A.
__      Filing Fee waiver requested (Chapter 7 individuals             __ Debtor's aggregate noncontingent
Only).  Must attch signed application for court's consideration.       liquidated debts (excluding debts owed to
See Official Form 3B.                                                  insiders or affiliates) are less than  $2,190,000.
**Statistical / Administrative Information**
_____   Debtor estimates that funds will be available for distribution to unsecured creditors.
X___    Debtor estimates that, after exempt property is excluded and administrative expenses
        paid, there  will be no funds available for distribution to unsecured creditors.
**Estimated Number of Creditors**
X__   1 – 49         ____   50 – 99         ____   100 or more
**Estimated Assets**
_x_     $0 – $50,000           ____     $50,001 - $100,000 __ $100,001 or greater
**Estimated Debts**
_x_     $0 – $50,000           ____     $50,001 - $100,000 ___ $100,001 or greater

**VOLUNTARY PETITION**          Name of Debtor(s):                                    Page 2
**TORRES, ROSA,**

**Prior Bankruptcy Case filed within the last eight (8) years (if more than two, attach additional sheet)**
Location of Filing:           Case Number:              Date of Filing:

**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**
Location of Filing:           Case Number:              Date of Filing:
District:                     Relationship:             Judge:

| | |
|---|---|
| **Exhibit A**<br>(To be completed if Debtor is required<br>To file periodic reports with the Securities<br>and Exchange Commission and requesting<br>relief under Chapter 11).<br>___ Exhibit A attached. | **Exhibit B** (to be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the foregoing Petition, declare that I have informed the Petitioner(s) that she may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, and explained to her the relief available under each Chapter. I certify that I have delivered to Debtor the notice required by Title 11 USC Section 342(b).<br>_____/s/_Michael J. Greco_____  6/14/2009<br>Signature of Michael J. Greco, Attorney for Debtor(s)   Date |

**Exhibit C**
Does the Debtor own or possess any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
___ Yes, and Exhibit C is attached and made a part of this Petition.
_X_ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).
X__ Exhibit D completed and signed by the Debtor is attached and made a part of this petition.
(to be completed if debtor is an individual whose debts

**Information regarding the Debtor -- Venue**
X_ Debtor has been domiciled or had a residence or principal place of business in this District for 180 days preceding the date of this Petition.
__ There is a bankruptcy case concerning Debtor's affiliate, general partner or partnership pending in this District.
__ Debtor is debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or is a defendant in a proceeding in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by Debtor who resides as a tenant of residential property**
__ Landlord has a judgment against Debtor for possession of Debtor's residence (Complete following if checked)

_____
(Name of Landlord that obtained judgment)
(Address of Landlord)

__ Debtor claims that under applicable nonbankruptcy law there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after judgment was entered, and
__ Debtor has included with this petition the deposit with the court of any rent that would become due within the 30-day period after filing of the petition.
__ Debtor certifies that she has served the Landlord with this certification. (11 USC Section 362(1)).

**VOLUNTARY PETITION**         Name of Debtor(s):                    Page 3
**TORRES, ROSA,**

**SIGNATURES**
**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**
I declare under penalty of perjury that the information provided in the Petition is true and correct. [If Petitioner is an Individual whose debts are primarily consumer debts and has chosen to file under Chapter 7:] I am aware that I may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available to me under each Chapter, and choose to proceed under Chapter 7.


_____/s/_ **ROSA TORRES**
_____
Signature of Debtor **ROSA TORRES**



**Signature of Attorney***


Respectfully submitted,

By:_____/s/_Michael J. Greco ___
Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60654
(312) 222-0599
Atty. No. 06201254

Date:   December 29, 2009


*In a case in which Section 707(b)(4) applies, this signature constitutes also a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**In re:  TORRES, ROSA,     Debtor**          **Case No.** 10 B

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

_____ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim |
|---|---|---|---|---|
| Acct No. 6032203380667435<br>Wal-Mart<br>PO Box 530927<br>Atlanta, GA  30353-0927 | | Revolving charge | | $1,038.00 |
| Acct No. 6044051300267950<br>GE Money LOC<br>PO Box 530913<br>Atlanta, GA  30353-0913 | | Revolving charge | | $6,974.62 |
| Acct No. 549113009796630<br>AT & T Universal Card<br>Processing Center<br>Des Moines, IA  50363-2103 | | Revolving charge | | $3,571.73 |
| Acct. No.  -5021<br>SLMA<br><br>PO Box 18204<br>Bridgeport, CT  06601-3204 | | Educational Loan | | $4,212.86 |
| Acct. No.  R2594B  3016-1<br>Dept. of Education<br>PO Box 9001560<br>Louisville, KY  40290-1560 | | Educational Loan | | $4,212.86 |
| Acct. No. 4313512112050982<br>Bank of America<br>PO Box 15019<br>Wilmington, DE  19886-5019 | | Revolving charge | | $3,082.62 |
| Loan 42833073<br>New York Life Insurance Co. | | Loan | | $10.015.51 |

                                                                TOTAL      $32,070.20

__0__ continuation sheets attached                    (Report also on Summary of Schedules)

**In re:  TORRES,  ROSA     Debtors     Case No. 10 B**

**DECLARATION CONCERNING DEBTOR' SCHEDULES**

DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of eleven sheets, and that they are true and correct to the best of my knowledge, information and belief.

Dated:          12/29/2009

Signature (electronic):_____/S/_____
**ROSA TORRES**

Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60654
(312) 222-0599
Atty. No. 06201254